## No. 4445.

STATE OF LOUISIANA ex rel. H. NEWGASS *v.* S. FRIEDLANDER, President of New Orleans Sanitary and Fertilizing Company.

Where a suit is by a stockholder of a company to compel the officers to permit him to examine the books of the company, and there is no amount in dispute which could give the court jurisdiction, the appeal will be dismissed.

APPEAL from the Eighth District Court, parish of Orleans. *Dibble,* J. *Hornor & Benedict,* for relator and appellee. *Lacey & Butler,* for defendants and appellants.

Justices concurring: Ludeling, Taliaferro, Howell and Kennard.

LUDELING, C. J. A motion has been made in this case to dismiss the appeal for want of jurisdiction.

The suit is by a stockholder of the company to compel the officers to permit him to examine the books of the company. There is no amount in dispute which could give this court jurisdiction. 24 An. 148; art. 74 of the constitution.

It is therefore ordered that the appeal be dismissed with costs.